**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

LOUIS DI RAIMONDO WORLDWIDE INVESTMENTS & EXPORT CORP.,

Debtor,
_____________________________________/

CASE NO.: 10-43886-LMI
Chapter 11

# FIRST AMENDMENT TO SCHEDULES B AND G

Louie Di Raimondo Worldwide Investments & Export Corp, Debtor, by way of First Amendment to Schedules B and G, states as follows:

## SCHEDULE B

Schedule B-2 is hereby amended (a) to delete Regions Bank (closed about one month before Petition); (b) to delete Chase Bank (closed approximately two months before Petition); and (c) delete Wachovia Bank (closed within 6 months of Petition).

## SCHEDULE G

Schedule G is hereby amended to include approximately $93,000.00 face value of uncollectible layaway purchase agreements going back to 2003.

Louie Di Raimondo Worldwide Investments & Export Corp

_____________________________
By: Louie Di Raimondo, Pres.

Respectfully submitted,

**Geoffrey S Aaronson, P.A.**

s/Geoffrey S Aaronson
Geoffrey S Aaronson
Miami Tower
100 SE 2nd Street, 27th Floor
Miami, Florida 33131
Tel 786.543.2487
Fax 305.675.3880
E-mail gaaronson@aaronsonpa.com

*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on Dec 13, 2010, on all electronic notice parties by the Court's CMECF service.

s/Geoffrey S Aaronson
Geoffrey S Aaronson